384 A.2d 986

Commonwealth v. Holland, Appellant.

 Argued November 15, 1977. Lester G. Nauhaus, Assistant Public Defender, with him Ralph J. Cappy, Public Defender, for appellant; Louis Hymen, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence on burglary and theft is affirmed.

The suspended sentence on receiving stolen goods is vacated.